UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN SHAWN SAUDER,

    Plaintiff,

v.                                                                     Case No. 3:18cv2192-RV-HTC

CAPTAIN HARKIN,
SERGEANT GOYER,
OFFICER STANLEY,
FLORIDA DEPARTMENT OF
CORRECTIONS ("FDOC"),

    Defendants.

_____/

## ORDER

This cause comes for consideration upon the Magistrate Judge's Report and Recommendation dated November 6, 2019 (Doc. 55). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections under Title 28, United States Code, Section 636(b)(1). No objections were filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. 55) is adopted and incorporated by reference in this Order.

2. FDOC's Motion to Dismiss (Doc. 43) is **GRANTED**. The clerk is directed to terminate FDOC as a defendant in this action.

3. The clerk is directed to refer the matter back to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 12th day of December, 2019.

                s/ *Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**