UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN SHAWN SAUDER,

    Plaintiff,

v.                                           Case No. 3:18cv2192-RV-HTC

CAPTAIN HARKIN,
SERGEANT GOYER,
OFFICER STANLEY,
FLORIDA DEPARTMENT OF
CORRECTIONS ("FDOC"),

    Defendants.

_____/

## ORDER

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 63). Having considered the Report and Recommendation, and allowing time for objections to be filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED** that:

1.     The Magistrate Judge's Report and Recommendation (Doc. 63) is adopted and incorporated by reference in this Order.

2. The Motions to Dismiss of Goyer and Stanley as to Counts I and II (Docs. 57 & 60, respectively) are **GRANTED**. Those motions to dismiss are **DENIED** as to Counts III and IV.

3. The clerk is directed to refer the matter back to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 3rd day of March, 2020.

s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**